BILLY J. WILLIAMS, OSB #901366
Acting United States AttorneyDistrict of Oregon
KATHLEEN L. BICKERS, OSB #85151
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1069
Facsimile Telephone: (503) 727-1187
Internet E-mail Address: kathleen.bickers@usdoj.gov

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **6:15-CV-00556 TC** |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT** |
| **TREVOR UEHLIN,** | |
| Defendant. | |

The parties to the above action stipulate and consent to the entry of judgment in favor of the United States Of America, Plaintiff, and against Trevor Uehlin, Defendant, in the sum of $14,514.81 inclusive of $11,101.71 principal, plus accrued interest of $3,413.10 through July 10, 2015, and accruing thereafter to date of judgment at the rate of 4.75 percent per annum. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until the paid in full, but without costs to either party.

Provided, however, that execution shall not issue upon this judgment as long as Defendant, Trevor Uehlin, pays to the Department of Education, through the United States Attorney, 1000 S.W. Third Avenue, Suite 600, Portland, Oregon 97204, a minimum monthly payment of at least $100.00 beginning on September 15, 2015, and continuing each and every month thereafter until this judgment is satisfied. However, the amount

of this payment shall be subject to annual review and modification. This debt shall also be included in the Treasury Offset Program.

The parties consent to the entry of a final judgment in this case by a United States Magistrate Judge. This judgment may be entered upon the application of either party.

BILLY J. WILLIAMS
Acting United States Attorney
District of Oregon

/s/ Kathleen L. Bickers
KATHLEEN L. BICKERS
Assistant United States Attorney
DATE: 7/20/15

/s/ Trevor Uehlin
TREVOR UEHLIN
DATE: 7/20/15

IT IS SO ORDERED this 29 day of July, 2015.

HONORABLE THOMAS M. COFFIN
UNITED STATES MAGISTRATE JUDGE